IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROSEETTA WILLIAMS, INDIVIDUALLY,
and ROSEETA WILLIAMS AS THE
SPECIAL ADMINISTRATOR OF THE
ESTATE OF CLETIS WILLIAMS                                                         PLAINTIFFS

v.                             Case No. 3:12-cv-00108 KGB

NICHOLAS HOLLEY, BOTH PERSONALLY
AND IN HIS OFFICIAL CAPACITY
AS A POLICE OFFICER FOR THE
JONESBORO POLICE DEPARTMENT,
and THE CITY OF JONESBORO, ARKANSAS                                      DEFENDANTS

## ORDER

Pursuant to the notice of appeal filed by defendants (Dkt. No. 32), this matter is removed from the trial docket for the week of December 9, 2013.

IT IS SO ORDERED this 3rd day of December, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE