**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ROSEETTA WILLIAMS, INDIVIDUALLY,
and ROSEETA WILLIAMS AS THE
SPECIAL ADMINISTRATOR OF THE
ESTATE OF CLETIS WILLIAMS                                                        PLAINTIFFS

v.                               Case No. 3:12-cv-00108 KGB

NICHOLAS HOLLEY, BOTH PERSONALLY
AND IN HIS OFFICIAL CAPACITY
AS A POLICE OFFICER FOR THE
JONESBORO POLICE DEPARTMENT,
and THE CITY OF JONESBORO, ARKANSAS                                              DEFENDANTS

**ORDER**

Pending is plaintiff Roseetta Williams's motion *in limine* (Dkt. No. 18). Defendant Nicholas Holley has taken an interlocutory appeal of the Court's Order denying his motion for summary judgment based on qualified immunity (Dkt. No. 32). Ms. Williams's motion *in limine* is denied without prejudice at this time, but it may be refiled if this case is remanded for trial.

IT IS SO ORDERED this 19th day of August, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE