**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| ROSEETTA WILLIAMS, INDIVIDUALLY, and ROSEETA WILLIAMS AS THE SPECIAL ADMINISTRATOR OF THE ESTATE OF CLETIS WILLIAMS | PLAINTIFFS |
| v.  Case No. 3:12-cv-00108 KGB | |
| NICHOLAS HOLLEY, BOTH PERSONALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE JONESBORO POLICE DEPARTMENT, and THE CITY OF JONESBORO, ARKANSAS | DEFENDANTS |

## ORDER

Based upon the parties' written representations to this Court, this case is removed from the trial docket for the week of December 1, 2014.

IT IS SO ORDERED this 23rd day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE