IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROSEETTA WILLIAMS, INDIVIDUALLY,
and ROSEETA WILLIAMS AS THE
SPECIAL ADMINISTRATOR OF THE
ESTATE OF CLETIS WILLIAMS            PLAINTIFFS

v.          Case No. 3:12-cv-00108 KGB

NICHOLAS HOLLEY, BOTH PERSONALLY
AND IN HIS OFFICIAL CAPACITY
AS A POLICE OFFICER FOR THE
JONESBORO POLICE DEPARTMENT,
and THE CITY OF JONESBORO, ARKANSAS            DEFENDANTS

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 44). The parties represent that they have entered into a settlement agreement and request that this Court dismiss plaintiff's complaint with prejudice. Accordingly, plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 1st day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE